# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CITY OF PLANO, CITY OF PLANO MUNICIPAL COURT, STATE OF TEXAS, TEXAS DEPARTMENT OF PUBLIC SAFETY, CITY OF PLANO POLICE DEPARTMENT<br><br>v.<br><br>LAELA NAGHELA-EL | § § § § § § § § § § | CIVIL ACTION NO. 4:17-CV-384<br>(Judge Mazzant/Judge Nowak) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 13, 2017, the report of the Magistrate Judge (Dkt. #18) was entered containing proposed findings of fact and recommendations that Plaintiff City of Plano's Motion to Remand (Dkt. #8) be **GRANTED**.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff City of Plano's Motion to Remand is **GRANTED**, and this case is hereby **REMANDED** to the City of Plano Municipal Court for further proceedings.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 17th day of October, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE